**INDEX OF EXHIBITS**

Declaration of Ethan D. Thomas, Esq.

Exhibit 1 - Complaint

Exhibit 2 - Docket Sheet

Exhibit 3 - Screenshot showing date of service on MLS via CSC Global

Exhibit 4 - 2020 Collective Bargaining Agreement

Exhibit 5 - Plaintiff's Standard Player Agreement

Exhibit 6 - Mutual Termination Agreement between Plaintiff and MLS dated March 6, 2023

Exhibit 7 - Consent form from Defendant Utah Soccer Stadium Owner LLC d/b/a Real Salt Lake

Exhibit 8 - Consent form from Defendant United States Soccer Federation Inc.

Exhibit 9 - Consent form from Defendant David Ochoa

Exhibit 10 - Consent form from Defendant Justen Glad

Exhibit 11 - Consent form from Defendant Aaron Herrera