# EXHIBIT 5

EXHIBIT 5

## Standard Player Agreement

# EXHIBIT 1

# STANDARD PLAYER AGREEMENT

MLS

STANDARD PLAYER AGREEMENT

CONFIDENTIAL

MLS

# MAJOR LEAGUE SOCCER

## STANDARD PLAYER AGREEMENT

---

This Agreement is made on and is effective as of the date set forth on the final page of this Agreement,
by and between
MAJOR LEAGUE SOCCER, L.L.C., a Delaware limited liability company ("MLS")
and
the Player whose name appears on the final page of this Agreement under the heading "The Player" (the "Player").

---

It is agreed as follows:

This Player Agreement, including any riders hereto, is subject to the terms of, and amendment by, the Collective Bargaining Agreement between MLS and the Major League Soccer Players Union (the "CBA"). The terms of the CBA shall prevail over any conflicting term in this agreement except that the parties to this agreement may agree upon terms over and above the minimum requirements established in the CBA. All capitalized terms used but not otherwise defined herein shall have the meaning given to such terms in the CBA.

In consideration of the respective obligations herein and hereby assumed, the parties to this Player Agreement ("Agreement") hereby agree as follows:

1. Definitions.

(a) "Embodiment" means any communication or embodiment of any Likeness of the Player, alone or together with other Players' Likenesses, which is recognizable or identifiable, whether live, reproduced or simulated, still or moving, in audio, visual, audiovisual and other forms, and no matter how stored, transmitted, distributed or otherwise communicated to others, by any means or media now or hereafter known.

(b) "Likeness" means a Player's:

(i) picture, image, photograph, portrait or performance (whether such picture, image, photograph, portrait or performance is still, motion, video, digital, high definition or any other medium now known or hereafter developed);

(ii) name or nickname;

(iii) signature or facsimile thereof;

(iv) voice;

(v) identifiable attributes or any colorable imitation or adaptation thereof; or

(vi) to the extent that he has rights therein, biographical data.

(c) "Official Equipment Supplier" shall mean a supplier of athletic equipment to MLS. The number of Official Equipment Suppliers to MLS may increase or decrease during the Term of this Agreement. The list of current Official Equipment Suppliers is set forth in Exhibit 1 hereto and will be updated as necessary.

(d) "Pre-Existing Agreement" means any sponsorship or endorsement agreement for on-field footwear or goalkeepers' gloves relating to the Player in existence at the date of this Agreement and disclosed in the Schedule hereto; provided, however, that the Player may not validly disclose an agreement in such Schedule as a "Pre-Existing Agreement" if such agreement was entered into in breach of the Player's obligations under any previous Player Agreement with the League. The Player agrees to provide a copy of the duration/term provision and signature page of such Pre-Existing Agreement.

(e) "Promotional Rights" shall mean the right to promote, advertise and otherwise disseminate, by any means or media now or hereafter known, any Embodiments, created during the Term of this Agreement, for the promotion, marketing or advertising of MLS, any Team or the sport of professional soccer in general, during or after the Term of this Agreement.

(f) "Term of this Agreement" means the period commencing as of the date of this Agreement and ending on the Expiration Date set forth in the Schedule, unless this Agreement (i) is terminated prior to that date pursuant to its terms or pursuant to the CBA, in which case "Term of this Agreement" shall mean the period commencing as of the date of this Agreement and ending on the date of such termination, or (ii) is extended one or more times pursuant to Paragraph 2, above, in which case "Term of this Agreement" shall mean the period commencing as of the date of this Agreement and ending on the final day of the final such extension.

2. Term, Compensation and Player Category. MLS hereby employs the Player as a skilled soccer player commencing on the Employment Commencement Date as set forth in the Schedule through the Expiration Date as set forth in the Schedule, and agrees, subject to the terms and conditions hereof, to pay the Player a salary in the gross amount (subject to tax withholdings and other applicable payroll deductions) as set forth under Compensation in the Schedule.

(a) The Player shall also be eligible to receive certain bonuses and other benefits in accordance with the CBA.

(b) Any remuneration payable by MLS to the Player under this Agreement is subject to tax withholdings and other applicable payroll deductions.

(c) Prior to the Employment Commencement Date, the Player will not be employed by MLS and will not be covered by workers' compensation insurance or by any other insurance or employee benefit of MLS (including health insurance) by virtue of this Agreement.

(d) The parties to this Agreement have also agreed to the specific terms set forth in the Schedule.

(e) The Player Category under this Agreement shall be as set forth in the attached Schedule.

3. Extensions. The Player agrees that he shall provide his services as a skilled soccer player during the Term of this Agreement . The parties to this Agreement have also agreed that MLS may, at its sole option, extend this Agreement pursuant to the attached Schedule.

4. Player Obligations. In addition to the obligations set forth in the CBA, at all times during the Term of this Agreement the Player shall:

(a) not play soccer or attempt to play any type of soccer (i.e., indoor or outdoor, and regardless of the surface) for any team other than the Team, except with the prior written consent of MLS, to be given or withheld in its sole and absolute discretion;

(b) maintain a high level of physical and mental conditioning and competitive skills, not engage in alcohol abuse, not use drugs or any other substances in contravention of the MLS Player Substance Abuse and Behavioral Health Program and Policy, and generally develop and maintain a physical and mental readiness necessary to play for the Team;

(c) serve as a spokesman for soccer, the Team, the League and MLS when reasonably requested by MLS to do so;

(d) comport and conduct himself at all times, both on and off the field, to a high standard of honesty, fair play and sportsmanship and in a manner befitting his position as a representative and promoter of soccer, the Team, MLS, and the League and comply with all applicable laws;

(e) refrain from conduct which is detrimental to the reputation and public image of the Team or of MLS; and

(f) submit to drug testing as required under the MLS Player Substance Abuse and Behavioral Health Program and Policy.

5. Conditions to Effectiveness of Agreement: This Agreement shall not be effective until MLS has received any necessary documents concerning the Player's transfer from or waiver by a non-MLS team and/or league. MLS's obligation to make any payments or to provide any benefits shall be suspended for any period during which the Player is prevented from entering or working in the United States or any other country in which a Team is located because of immigration laws, regulations or rulings, or has not received or maintained all visa or other documents necessary to work for MLS in the United States, or he has not received appropriate clearances from FIFA or any relevant governing body, unless such a situation has arisen as a

result of MLS's negligent action or inaction and the making of such payments would not be prohibited by law. This Agreement is also subject to the conditions set forth in the attached Schedule.

6. Exclusive Compensation: Except as otherwise contemplated in this Agreement or the CBA, the Player shall not be permitted to receive any payments or other benefits from any Team or the Team Operator or a Related Entity of either of them, in exchange for the services provided by the Player under this Agreement. In the event that the Player receives any payments or other benefits (except for per diem payments, relocation expenses or Designated Player payments that are approved by the League) from any Team or the Team Operator or a Related Entity of either of them, the Player shall promptly disclose such payments or benefits to the League or the Team. In the event of any dispute under this Section, the Player shall have the burden to show that such a payment or benefit (i) was not received in exchange for the services provided by the Player under this Agreement and (ii) represents fair market value for the services provided. Non-disclosure of a non-material contravention of this Section by the Player shall not constitute a terminable offense.

7. Representations and Warranties: The Player represents and warrants as follows:

(a) that he is not obligated to play soccer in or for any other league or team during the Term of this Agreement other than the League or the Team;

(b) unless expressly and specifically otherwise provided in this Agreement, that by virtue of this Agreement MLS owns his international registration and his playing rights, and that neither the Player nor any third party has any rights therein or will attempt to assert any rights therein against MLS;

(c) that he is free to enter into this Agreement and that his doing so does not violate any other agreement to which he may be a party;

(d) that he does not and will not, either directly or indirectly, own any stock or hold any other ownership or financial interest in MLS or any Team Operator, or a Related Entity of either of them;

(e) that by signing this Agreement he understands and accepts that he is waiving any remaining National Collegiate Athletic Association eligibility or college scholarship or grant (not including any scholarship or grant provided by the League, unless otherwise set forth in the Schedule);

(f) that he has and shall maintain a valid passport and is able to undertake such international travel as may be required pursuant to this Agreement;

(g) that, other than as set forth in the Schedule, he knows of no physical or mental conditions that could impair his ability to play skilled professional soccer during the Term of this Agreement and has not knowingly concealed any such conditions;

(h) that, other than any Pre-Existing Agreements, he is not a party to any agreement which would require him to wear or in any way endorse any on-field product or would prevent him from wearing or endorsing any on-field product;

(i) that he has not breached any previous Player Agreement with MLS, in particular but without limitation, in connection with the provisions governing endorsement contracts; and

(j) that his date of birth as it appears on the final page of this Agreement under the heading "The Player" is true and correct.

(k) MLS represents and warrants that it is free to enter into this Agreement and that its doing so does not violate any other agreement to which it may be party.

(k) The warranting party will indemnify, defend and hold the other party harmless of and from any claims, actions, demands, losses, costs, expenses, liabilities, penalties and damages in the event its representations and warranties set forth in this Paragraph are in any way materially inaccurate, and the warrantee will use reasonable efforts to mitigate any loss suffered by it.

8. <u>Video/Digital Images, Pictures, Likenesses, Endorsements and Promotions</u>

(a) The Player agrees that during the Term of this Agreement MLS and the Team shall have the right to create or have created Embodiments, individually and/or as part of a group, at or in connection with any training, games (including Player features for game broadcasts) and/or promotional activities. The Player also agrees to be available during the Term of this Agreement, individually or with other Players on his Team or in MLS, to have Embodiments created at such reasonable times and places as MLS or the Team shall designate. The Player agrees that MLS shall have Promotional Rights with respect to any Embodiments created under this Agreement or the Group License Agreement. All rights, including but not limited to copyright, worldwide in any such Embodiments shall belong to MLS and the Player hereby assigns such rights to MLS together with all causes of action. Except as MLS's rights of exploitation are limited under this Agreement or the Group License Agreement, all rights in the Embodiments created under this Agreement or the Group License Agreement and all Promotional Rights with respect to such Embodiments shall be exclusive, irrevocable and survive the termination of the Term of this Agreement (and without regard to the circumstances in which this Agreement expires or is terminated).

(b) <u>Group License</u>

(i) <u>Grant of Group Licensing Rights</u> – The Player hereby grants and assigns to the Major League Soccer Players Union (the "Union"), for its use or further assignment or licensing, the exclusive rights to his Likeness as are set forth in the Group License Agreement between MLS and the Union (the "Group License Agreement"), the terms of which the Player understands in full and by which he agrees to be bound. The Player acknowledges that the Union may grant these rights to MLS, with the understanding that MLS may further sub-license or assign these rights without his further approval or consent. The Player acknowledges that the

rights granted to the Union include, but are not limited to, as set forth in the Group License Agreement: the irrevocable and exclusive worldwide right in any and all media now or hereafter known, to use or license in a group of four (4) or more Players, the Likeness of every such Player (including the right to make individual use, or license the individual use, of a single Player's Likeness if used with three (3) or more other single Player Likenesses in a series, a set, collectible or as part of a sequential product) solely in combination with the use of any or all MLS and Team names, logos, trademarks, trade dress, uniforms or other form of MLS intellectual property, for any purpose, commercial or otherwise, including but not limited to: (1) in any MLS or Team promotion; in any form of trade or consumer promotion; in the promotion, marketing or advertising of any good, of any consumer product or of any service; in any form of public service programs, advertising or promotion. Such rights shall also include the use of the Player Likeness in all collateral materials and/or packaging associated with the rights set forth the Group License Agreement; and (2) in any form of, or in connection with, Licensed Merchandise. The Player understands and agrees that at the conclusion of the Term of the Group License Agreement and this Standard Player Agreement, MLS shall continue to have Game Rights as set forth in the Group License Agreement and this Standard Player Agreement, Promotional Rights as set forth in the Group License Agreement and this Standard Player Agreement and post-Term rights as set forth in Article II, Section 1 of the Group License Agreement. The Player also understands and agrees to the rights and obligations concerning corporate sponsorships set forth in the Group License Agreement.

(ii) Standard Player Agreement – The Player understands that nothing in the Group License Agreement or this Section 8(b) negates any of MLS's rights under this Standard Player Agreement and the Schedule.

(iii) Power of Attorney and Joinder – The Player hereby authorizes the Union to act as attorney-in-fact with respect to actions to protect and enforce rights granted in this Section 8(b) and the Group License Agreement, with the understanding that the Union may further grant those enforcement rights to MLS, as such rights are set forth in Exhibit B to the Group License Agreement. The Player further consents to MLS joining him as a party in any proceeding to prosecute or defend any claims relating to the Group License Agreement so long as MLS pays for the costs (including reasonable attorney's fees) of prosecuting and/or defending the Player's interests in such an action, provided however, that MLS shall not be required to pay such costs (including reasonable attorney's fees) if such joinder is in connection with the Player's obligation (set forth in this Agreement) to indemnify MLS.

(iv) Further Assurances – The Player agrees to take such additional steps as MLS or the Union may reasonably request in connection with the Group

License Agreement, at no additional cost to MLS or the Union, including but not limited to the execution of additional documents that may be necessary for MLS or the Union to implement, confirm or enforce their rights under this Section 8(b).

(v) Acknowledgements – The Player acknowledges that fees payable to the Union, specified in the Group License Agreement, constitute the entire consideration for rights granted in this Section 8(b). The Player further acknowledges that he has no claim or entitlement to any compensation, however denominated, arising from MLS's use or exploitation of such rights prior to the date of the Group License Agreement, including by any licensee or assignee. The Player further acknowledges that nothing in this Section 8(b) or the Group License Agreement is intended to confer upon him any rights, including but not limited to copyright, in the Embodiments created by or on behalf of MLS.

(vi) Indemnification – The Player represents and warrants that he has not entered into any other agreements concerning his rights of publicity that would in any way conflict with the Union's rights (or those of its licensee or assignee) under the Group License Agreement. The Player agrees to indemnify and hold MLS and the Union harmless from any claims, actions, demands, losses, costs, liabilities, penalties and damages arising out of his entering into agreements that conflict or interfere with the rights granted to the Union (or its licensee or assignee) under this Section 8(b).

(vii) Definitions – The capitalized terms set forth in this Section 8(b) shall have the meaning ascribed to them in the Group License Agreement.

(c) The Player agrees that he shall not:

i. use the name or logo of the Team, the League or MLS for any purpose unless he shall have received the prior written consent and approval of MLS (which may be withheld in MLS's sole and absolute discretion); or

ii. unless he shall have received the prior written consent and approval of MLS (which may be withheld in MLS's sole and absolute discretion), use or make any endorsements or commercial appearances, sponsor any products, consent to the use by any third party of any name, picture or likeness of the Player (A) in which he appears, either alone or with others, in any official Team uniform, in any attire which closely resembles or is substantially similar to any official Team uniform, or in any attire whatsoever bearing or displaying the marks and/or logos of either MLS or any Team, or (B) in which he appears together with two (2) or more other members of the Team or MLS in which the Player and the other members, either directly or indirectly, identify themselves as members of the Team or MLS, regardless of their attire, or (C) in which he either directly or indirectly identifies himself as a member of the Team or MLS.

(d) The Player agrees that, except as specified in Paragraph 8(e) or (f) below, he shall wear and/or display only such footwear, clothing, equipment and other personal items as are endorsed by MLS or the Team (and shall promptly obey and comply with any and all other guidelines and directives hereinafter issued by MLS or the Team regarding apparel and/or equipment, permitted or not permitted to be worn or utilized by members of the Team), at Team games, practices or training camps, at clinics or other events sponsored or arranged by the Team or MLS, at all Player appearances, and/or while traveling with the Team.

(e) The Player shall not display any logo upon or endorse, or agree to display any logo upon or endorse, any item of on-field equipment which is not produced by the Team's Official Equipment Supplier, except for footwear or goalkeeper's gloves which may be worn pursuant to a Pre-Existing Agreement disclosed in the Schedule or pursuant to the procedures set forth in Paragraph 8(f) below.

(f) The Player may only enter into an agreement for the endorsement of any shoe or goalkeeper's glove brand with one of MLS's Official Equipment Suppliers if he follows the following procedure:

i. Prior to his assignment to an MLS Team, the Player may enter into negotiations for the endorsement of a shoe or goalkeeper's glove brand with any of MLS's Official Equipment Suppliers.

ii. Upon his initial assignment to a Team, the Player shall enter into good faith negotiations exclusively with the official MLS supplier of footwear to the Team to which the Player is assigned and shall refrain from entering into any discussions in connection with the endorsement of any other supplier's brand. The period of exclusive negotiation shall be thirty (30) days from the date of assignment.

iii. If the Player fails to reach agreement with his Team's footwear supplier within the period of exclusive negotiation, he shall be free to negotiate an endorsement contract during the Term of this agreement only with any of MLS's other Official Equipment Suppliers, and shall be permitted to wear, display the logo of and endorse such other brand upon his shoes or goalkeeper's gloves. For the avoidance of doubt, the Player shall nevertheless be bound to wear all other items of equipment (except shoes and goalkeeper's gloves) as are endorsed or supplied by the Team and MLS as set forth in Paragraph 8(d) above.

iv. Where the Player has no agreement with a supplier of footwear for the endorsement of its product, the Player shall be required to wear, and display on his footwear or gloves, only the logo of the official MLS supplier of footwear to the Team to which he is assigned.

(g) Subject to sub-paragraphs (a) to (f) above, the Player may make any endorsements and commercial appearances and may sponsor any products, whether for pay or not, on behalf of himself or any third party; provided, however, that the Player shall not make

any such endorsement, commercial appearance or sponsorship which MLS determines, in its reasonable discretion, would be detrimental to or inconsistent with (i) the development of soccer in the United States or (ii) the reputation, integrity or image of MLS or the Team. The Player acknowledges, however, that he may not enter into any contracts or other arrangements for endorsements, commercial appearances or sponsorships which would be inconsistent with or impose restrictions on MLS's or the Team's right to require the Player to have his picture taken or Embodiment created for any of the purposes set forth in sub-paragraphs (a) above, (h) below and, except as otherwise set forth in the Group License Agreement, sub-paragraph (b) above.

(h) The Player agrees that MLS shall have the exclusive, irrevocable right, during and after the Term of this Agreement (and without regard to the circumstances in which this Agreement expires or is terminated) to use, distribute, and/or license, worldwide in any and all media now or hereafter known, Embodiments created by or for MLS of any performance by the Player during training and/or games (including any features containing a Player during any broadcast), by any means of distribution or other communication, audio and/or visual, including but not limited to home video devices, broadcast, telecast or other transmission or communication (such as, but not limited to radio, satellite radio, television, pay television, cable television, satellite television, internet, microwave or telephone, and any form of cassette, cartridge, laser disc, CD, DVD or other system, or any other means of distribution, whether known or unknown, presently existing or hereafter developed), together with any and all advertising and promotion, in any and all media now or hereafter known, relating thereto ("Game Rights"). After the Term of this Agreement, the Player agrees that MLS shall continue to have the rights set forth in this Section 8(h), provided, however, that after the earlier of the termination of this Agreement or the termination of the Term of the Group License Agreement, such rights shall not include the right to use an Embodiment derived from Game Rights to endorse any product or service or in connection with Licensed Merchandise.

9. Player's Unique Skill and Breach of Agreement; Dispute Resolution

(a) The Player represents and agrees that he has extraordinary and unique skill and ability as a soccer player, that the services to be rendered by him under this Agreement cannot be replaced or the loss thereof adequately compensated for in money damages, and that any breach by the Player of this Agreement will cause irreparable injury to MLS and to its assignees. In addition, the Player understands and acknowledges that failing to report to training, games, appearances, and/or demonstrations ("Holding Out') constitutes a breach of this Agreement and is extremely disruptive to the operation of the League. Therefore, it is agreed that in the event that MLS believes the Player is, during the Term of this Agreement, Holding Out or playing, attempting or threatening to play, or negotiating for the purpose of playing for any other person, firm, corporation, team or organization, without the prior written consent of MLS, then MLS and its assignees shall have the right to utilize the expedited arbitration mechanism provided in sub-paragraph (c) below.

(b) The Player and MLS agree that it is the specific intent of both parties that this Player Agreement remains valid and enforceable during the entire Term of this Agreement (including any extensions thereto set forth in the Schedule). The Player further agrees that he hereby waives any right he may otherwise have had pursuant to the FIFA Regulations Governing the Status and Transfer of Football Players (including without limitation the Application

Regulations referenced therein) to unilaterally breach or terminate this Agreement pursuant to such Regulations (including without limitation any right he may have to so breach or terminate this Agreement for sporting just cause or otherwise) prior to the end of the Term of this Agreement, including options periods, if any.

(c) Expedited Arbitration

i. Expedited arbitration hearings under this Paragraph shall be held within forty-eight (48) hours of the filing of a demand for such arbitration. No prior grievance steps shall be required.

ii. The arbitration shall take place in New York. Each party shall bear its own costs.

iii. MLS shall notify the Impartial Arbitrator, the Union and the Player and/or his agent, if any, in writing of the demand for an expedited arbitration as well as of the time and place for the hearing as soon as practicable.

iv. The failure of any party to attend the hearing as scheduled shall not delay the hearing, and the Impartial Arbitrator shall proceed to take evidence and issue an award as though such party were present.

v. The Impartial Arbitrator shall issue a decision as soon as possible, but in no event more than twelve (12) hours after the hearing has been completed.

vi. If the Impartial Arbitrator finds that the Player has breached this Agreement, the Impartial Arbitrator shall order that the Player not play, attempt to play or threaten to play soccer for any team other than a Team in the League.

vii. The decision of the Impartial Arbitrator shall be final and binding on the parties and may be immediately entered as a judgment in any court of competent jurisdiction and/or communicated to FIFA.

viii. The Player and MLS understand and agree that once a judgment has been entered pursuant to this Paragraph 9(c), such judgment may be immediately taken by either party to the relevant FIFA body or tribunal to be entered and enforced. It is further agreed that such a judgment may be submitted to any court having jurisdiction for the purpose of obtaining such equitable relief as may be appropriate, including but not limited to a decree enjoining the Player from any further breach of this Agreement and from playing soccer for any other person, firm, corporation or organization during the Term of this Agreement, without MLS posting a bond or other security or proving actual damages.

(d) All disputes arising under this Agreement are disputes under the CBA. Except for a proceeding pursuant to the provisions of this Paragraph 9, the parties agree that all disputes

relating to or arising out of this Agreement shall be subject to the grievance procedures set forth in Article 21 of the CBA.

(e) The Player and MLS hereby expressly waive all rights to bring for resolution on the merits any claim, action, dispute or grievance to any FIFA body or tribunal, including any right(s) either may have pursuant to the FIFA Regulations Governing the Status and Transfer of Football Players (including without limitation the Application Regulations referenced therein and the dispute resolution, disciplinary and arbitration system set forth in Chapter XIV). The Player and MLS agree that once a judgment has been rendered pursuant to this Paragraph 9, either party may immediately take such judgment to the relevant FIFA body or tribunal to be entered and enforced.

10. Non-Applicability of FIFA Regulations:

(a) The Player hereby agrees that the following provisions in the FIFA Regulations Governing the Status and Transfer of Football Players (including the Application Regulations referenced therein) shall not apply to this Agreement:

i. Chapter II. Non-Amateur Players, Article 4, Paragraph 2. The Player agrees and understands that this Agreement shall be for the Term of this Agreement set forth herein (which may be for less than one year and/or longer than five years, and which shall include any extensions thereto as set forth in the Schedule).

ii. Chapter VIII. Maintenance of Contractual Stability, Article 21, Paragraphs 1 and 2. The Player agrees that he hereby waives any right he may have pursuant to Chapter VIII, Article 21, Paragraphs 1 and 2 of the FIFA Regulations Governing the Status and Transfer of Football Players to terminate this Agreement prior to the conclusion of the Term of this Agreement (as defined in Paragraph 1, above).

iii. Chapter VIII. Maintenance of Contractual Stability, Article 24. The Player agrees that he hereby waives any right he may have pursuant to Chapter VIII, Article 24 of the FIFA Regulations Governing the Status and Transfer of Football Players to terminate this Agreement for sporting just cause.

iv. Chapter XII. Special Provisions, Article 35. The Player agrees that he hereby waives any right he may have had pursuant to Chapter XII, Article 35 of the FIFA Regulations Governing the Status And Transfer of Football Players, and that such provision shall not apply to this Agreement. The Player understands and agrees that this Agreement shall be for the Term of this Agreement set forth herein, which may be longer than three years, and which shall include any options set forth in the Schedule.

v. Chapter XIV. Dispute resolution, disciplinary and arbitration system, Article 42. The Player agrees that the sole and exclusive dispute resolution procedures available for resolving any dispute between himself and MLS

are as set forth in the CBA and this Agreement. The Player therefore hereby waives any right to bring for resolution on the merits any claim, action, dispute or grievance to any FIFA body or tribunal, including any right(s) he may have pursuant to Chapter XIV, Article 42 of the FIFA Regulations Governing the Status and Transfer of Football Players. As set forth above, the Player understands and agrees that once a judgment has been rendered pursuant to the mechanism and appeals process provided for above, either MLS or the Player may immediately take such judgment to the relevant FIFA body or tribunal or any court having jurisdiction to be entered and enforced.

(b) Instructions given or requests made by MLS to the Player pursuant to this Agreement may be made by the Team as agent for MLS, acting through its General Manager or Head Coach or his/their designees. The scope of the Team's authority to act as agent of MLS shall be as set forth in any agreement between the Team and MLS. In relation only to those instructions and/or requests specifically contemplated by this Agreement as being given by the Team, the Player shall be entitled to assume that the Team has the authority to act on MLS's behalf.

11. Interpretation of this Agreement:

(a) This Agreement shall be construed in accordance with federal common labor law under Section 301 of the National Labor Relations Act and in accordance with generally accepted interpretive principles applicable in labor arbitration in the United States. The parties agree that in the event there is a conflict between the terms of this Agreement and the rules, regulations and/or guidelines of FIFA, the terms of this Agreement shall prevail. The parties further agree that in the event a provision in this Agreement is inconsistent with or in contravention of a rule, regulation and/or guideline of FIFA, the provision shall be deemed valid and enforceable. Finally, the parties agree that the language of this Agreement shall be construed neutrally and without regard for which party drafted the Agreement.

(b) If any provision of this Agreement is determined to be invalid or unenforceable, the remaining provisions of this Agreement shall be enforced in accordance with their terms.

(c) The Player shall be made available upon request by the USSF or his national association for international games, FIFA and CONCACAF tournaments, and Olympic Games competition, including preparation, qualification and final tournament games in accordance with FIFA rules.

**The Player acknowledges and agrees, by signing this Agreement below, that he understands in full and agrees to be bound by the terms of this MLS Standard Player Agreement, the CBA, and the MLS Player Substance Abuse and Behavioral Health Program and Policy (copies of which are on file in the Union and MLS offices).**

**El Futbolista reconoce y acepta que, con la firma de este Acuerdo, se deja sentado que ha comprendido y aceptado la totalidad de los términos y condiciones del Contrato Marco General de Futbolistas de MLS, el Convenio Colectivo, y el Programa y Reglamento de Abuso de Sustancias de Futbolistas de MLS y Comportamiento para su Salud. (copias de estos documentos los podrá encontrar en el Sindicato de Futbolistas y en las oficinas de la MLS)**

This Agreement is executed on 12/29/2020 (date).

**THE PLAYER**

Name: **Jeffrey Nicholas Dewsnup**

Signature: DocuSigned by: Jeffrey Dewsnup 63A7319DE10D481...

Date of Birth: May 21 2004

Street Address: 14352 s 6600 w

City, State or Province, Zip Code, and Country:

84096

U.S. SOCIAL SECURITY # OR CANADIAN SOCIAL INSURANCE #:

646768856

Telephone: 801-673-4335

Fax:

Street Address: 14352 s 6600 w

City, State or Province, Zip Code, and Country:

84096

**PARENT OR GUARDIAN OF THE PLAYER (if applicable)**

Name: Darin Dewsnup

Signature: DocuSigned by: Darin Dewsnup F604C2DBFE6C463...

**AGENT OR LAWYER OF PLAYER (if any)**

Name:

Street Address:

City, State or Province, Zip Code, and Country:

______________________________

______________________________

Telephone: ______________________________

Fax: ______________________________

**MAJOR LEAGUE SOCCER, L.L.C.**

By DocuSigned by: [signature] FED74676DA7644A... Dimitrios Efstathiou

Its Senior Vice President

12/30/2020

MLS

**Exhibit 1**

**Official Equipment Suppliers**

**adidas**

**Nike**

**PUMA**

# SCHEDULE

## TO MLS STANDARD PLAYER AGREEMENT

## PLAYER'S NAME

# JEFFREY NICHOLAS DEWSNUP

## TERM

**EMPLOYMENT COMMENCEMENT DATE:** January 1, 2021

**INITIAL TERMINATION DATE:** December 31, 2024

## COMPENSATION

For performance of your services under this Agreement, we shall pay you (the "**Player**" or "**you**") (Date of Birth: May 21, 2004) at the rate of:

1. The 2021 MLS Reserve Minimum Salary, as determined by the CBA in force at that time, from January 1, 2021 through December 31, 2021.

2. The 2022 MLS Senior Minimum Salary, as determined by the CBA in force at that time, from January 1, 2022 through December 31, 2022.

3. Eight Thousand Three Hundred And Thirty-Three And 34/100 Dollars (U.S. $8,333.34) per month, from January 1, 2023 through December 31, 2023.

4. Eleven Thousand Six Hundred And Sixty-Six And 67/100 Dollars (U.S. $11,666.67) per month, from January 1, 2024 through December 31, 2024.

Such compensation shall be paid in equal semi-monthly installments on the 15th and end of each month and shall be pro-rated for any portion of a month that you are an MLS employee, unless otherwise stated. For the avoidance of doubt, any taxes, levies, or dues required to be paid by you in connection with this schedule (this "**Schedule**") and the Major League Soccer Standard Player Agreement between you and MLS (the "**SPA**", and together with this Schedule, this "**Agreement**"), including with respect to any allowances and agent fees, shall be your responsibility and liability. MLS will, however, automatically withhold from your compensation any applicable income and/or payroll taxes and shall make any other deductions as directed by you. Capitalized terms used but not defined herein shall have the meanings given to them in the SPA, or if not defined therein, the CBA.

## PLAYER CATEGORY

Your Player Category shall be Guaranteed.

## ANY FOOTWEAR SUPPLIER CONTRACTS (please complete)

Manufacturer's Name Date of Contract

**ANY OTHER SPONSORSHIP/ENDORSEMENT CONTRACTS (please complete)**

Manufacturer's Name(s) Date of Contract

**ANY PRE-EXISTING PHYSICAL OR MENTAL DEFECTS (please complete)**

## OTHER PROVISIONS

1. **Conditions.** This Agreement is subject to and conditioned upon:

   a. MLS's receipt of your international clearance.

   b. Your being registered by the United States Soccer Federation or Canadian Soccer Association, as applicable, to MLS.

   c. Your receipt and maintenance of all necessary work documentation so that you may work in the United States or Canada, as applicable.

   d. Your passing a medical examination to our satisfaction (in our sole and absolute discretion).

   In the event all the conditions set forth in this Section are not fully satisfied on or before 11:59pm Eastern Time Zone on January 15, 2021, this Agreement shall be null and void and of no further force or effect (save in respect of any provisions which are expressly or impliedly deemed to continue in force), and MLS shall not be obliged to register the Player. MLS shall have the right to waive these conditions and/or extend the time and date for their satisfaction upon service of written notice on the Player.

2. **Extensions.**

   a. Option through 2025. We may, by giving you written notice on or before December 1, 2024, extend your employment with us for an additional twelve (12) months (i.e., until December 31, 2025) for a base salary of Seventeen Thousand Nine Hundred And Sixteen And 67/100 Dollars (U.S. $17,916.67) per month.

   b. Consideration Acknowledgement. You hereby acknowledge and agree that the benefits set forth in this Agreement, including, but without limitation, a base salary during the initial term that reflects additional value to you in return for our receiving the above extension option(s), the performance bonuses set forth below, and the increase in base salary during the extension(s) are, collectively, adequate and sufficient consideration for the extension(s) provided for in this Section.

3. **Performance Bonuses.** If, during any MLS Regular Season (unless otherwise noted), you achieve any of the performance targets set forth below, you will receive a bonus payment as set forth below. Any bonus payment pursuant to this Section shall be made to you, by us, on or before December 31 of the calendar year in which the performance target was achieved.

CBA Bonuses:

| |
|---|
| 1. If you meet any performance targets for Reserve Minimum Salary players or Senior Minimum Salary players (whichever is applicable to you in the relevant year) as determined by the CBA in force at that time, then you shall be eligible to receive a bonus payment in the amount set forth in the CBA. |

Standard Bonuses:

| Performance Target | Bonus Payment |
|---|---|
| 2. MLS Team MVP or DMVP | U.S. $10,000.00 |
| 3. MLS All-League or MLS League Goalkeeper of the Year | U.S. $30,000.00 |
| 4. MLS All-Star | U.S. $15,000.00 |
| 5. MLS Young Player of the Year | U.S. $10,000.00 |

Start Bonuses:

| Performance Target | Bonus Payment |
|---|---|
| 6. Per MLS League Season Start/Win after 5th Start/Win | U.S. $1,500.00 |
| 7. Per MLS League Season Start/Shutout | U.S. $1,000.00 |
| 8. Achieve at least 5 MLS League Season Start/Wins | U.S. $7,500.00 |
| 9. Start at least 50% of MLS Regular Season matches + MLS Team plays in MLS playoffs | U.S. $5,000.00 |

Other Bonuses:

| Performance Target | Bonus Payment |
|---|---|
| 10. Start at least 2 official U17 World Cup finals matches | U.S. $10,000.00 |
| 11. Named to the U17 World Cup Best Eleven (one-time bonus during duration of this Schedule) | U.S. $15,000.00 |
| 12. Start at least 2 official U20 World Cup finals matches | U.S. $10,000.00 |
| 13. Named to the U20 World Cup Best Eleven (one-time bonus during duration of this Schedule) | U.S. $15,000.00 |
| 14. Appear in at least 1 official FIFA-sanctioned (non-friendly) U.S. Men's National Team or Canadian Soccer's Men's National Team match | U.S. $20,000.00 |

4. **Additional Compensation.** We agree to pay you the following additional compensation payment(s):

   a. Fifteen Thousand And No/100 Dollars (U.S. $15,000.00), payable on or before April 1, 2023.

   Such payments are subject to and conditioned upon your being an MLS employee, pursuant to this Agreement, on the relevant date of payment and your full compliance with all the terms

and conditions set forth in this Agreement on such date.

5. **Agent Fee.** In addition to the other monies payable pursuant to this Agreement, you understand and agree that at your direction MLS shall pay, monies otherwise payable to you, to your authorized representative Patrick McCabe - The Stellar Group Ltd ("**Agent**") (email address: patrick.mccabe@stellargroup.co.uk; phone number: +1-781-235-4848) the following payments (collectively, the "**Agent Fee**"):

   a. Seven Thousand Five Hundred And No/100 Dollars (U.S. $7,500.00), gross of taxes, to your Agent on or before August 1, 2023, provided an invoice and relevant tax documents have been submitted by the Agent.

   b. Ten Thousand Five Hundred And No/100 Dollars (U.S. $10,500.00), gross of taxes, to your Agent on or before August 1, 2024, provided an invoice and relevant tax documents have been submitted by the Agent.

   c. If the option to renew your contract pursuant to Section 2(a) is exercised, Sixteen Thousand One Hundred And Twenty-Five And No/100 Dollars (U.S. $16,125.00), gross of taxes, to your Agent on or before August 1, 2025, provided an invoice and relevant tax documents have been submitted by the Agent.

   The Agent Fee set forth in this Section is subject to and conditioned upon your being an MLS employee on the relevant date of payment.

6. **Education Stipend.** You shall be eligible to receive an education stipend, subject to the conditions below.

   a. Amount and Nature of Payment. Your education stipend shall be in the amount of up to Twenty Thousand And No/100 Dollars (U.S. $20,000.00) (your "**Education Stipend**"), to be used over the next eight (8)-year period, beginning on January 1, 2022. Any amounts paid under this paragraph shall be taxable income to you and shall be subject to all applicable federal, state, and other applicable withholding.

   b. Permitted Uses. Your Education Stipend shall be used solely to reimburse any "permitted education expenses" incurred by you or on your behalf at a Qualifying College or University (as defined below in subsection (e)). For this purpose, as determined by the League in its sole and absolute discretion, a "permitted education expense" is any expense that meets the requirements for "taxable educational benefits" under Treas. Reg. 1.409A-1(b)(12) and generally will include tuition, fees, and textbooks.

   c. Conditions. To be eligible to receive your Education Stipend, you must: (i) remain in full compliance with the terms of this Agreement; and (ii) for expenses relating to the tuition, fees, or related expenses of a particular class, complete the class and receive a "C" grade or above, a passing grade in the event of a "Pass/Fail" class, or an equivalent grade (to be determined in MLS's sole and absolute discretion). You shall remain eligible to receive your Education Stipend regardless of injury or on-field performance, provided that you are in full compliance with the terms set forth in this Agreement. MLS shall reimburse you upon written documentation (i.e., proof of payment or official transcript) that you have fulfilled the conditions contained herein, in accordance with the League's customary

expense reimbursement practices and policies. For the avoidance of doubt, MLS shall only reimburse once the class(es) is fully completed and all the conditions are met as set forth in this Section. In addition, in the event you sign and accept a new MLS contract and/or a player contract outside of MLS, MLS may, in its sole discretion, choose not to reimburse you for any unpaid portion of your Education Stipend.

d. Financial Aid. You agree to use reasonable efforts to receive and maintain scholarships, grants, or any other financial aid ("**Financial Aid**") to contribute to the payment of your tuition or other educational fees for college. For the avoidance of doubt, Financial Aid shall not include your Education Stipend. You further agree that your Education Stipend shall be reduced to the extent of any Financial Aid provided to you. For the purposes of this subsection (d), Financial Aid shall not include any financial aid which you are required to repay (e.g., college loan).

e. Qualifying College or University. For the purposes of this Agreement, a "**Qualifying College or University**" shall refer to (i) the official education partner of MLS or (ii) an educational institution that is approved in writing by MLS prior to the Player's enrollment at such institution, in MLS's sole and absolute discretion.

7. **Entire Agreement.** This Agreement constitutes the entire agreement between the parties and supersedes all prior agreements and understandings, whether oral or written (including, but not limited to, any previous MLS Standard Player Agreement between you and MLS (including schedules and amendments thereto), any side agreement between you and MLS, or any other previous agreement between you and MLS).

8. **Interpretation of this Agreement.** This Agreement shall be construed in accordance with federal common labor law under Section 301 of the National Labor Relations Act and in accordance with generally accepted interpretive principles applicable in labor arbitration in the United States. The parties agree that in the event there is a conflict between the terms of this Agreement and the rules, regulations and/or guidelines of FIFA, the terms of this Agreement shall prevail. The parties further agree that in the event a provision in this Agreement is inconsistent with or in contravention of a rule, regulation and/or guideline of FIFA, the provision shall be deemed valid and enforceable. Finally, the parties agree that the language of this Agreement shall be construed neutrally and without regard for which party drafted the Agreement.

9. **Consent.** By signing this agreement, you hereby provide your consent for MLS and any MLS Team(s) to which you may be assigned to access on-line U.S. government records concerning your non-immigrant visa status for purposes of verifying your work authorization status in the United States if your work authorization status in the United States is pursuant to a non-immigrant visa.

10. **Definitions.** For the purposes of this Schedule: "**MLS Regular Season**" shall refer to MLS regular season matches and not including MLS playoff matches, the U.S. Open Cup, other tournaments, or exhibition matches; "**MLS League Season**" shall refer to MLS Regular Season and MLS playoff matches and not including the U.S. Open Cup, other tournaments, or exhibition matches; "**Start**" shall refer to the Player being a member of the starting eleven lineup in a match; "**Start/Win**" shall refer to the Player being a member of the starting eleven

lineup in a match and the Player's team winning such match; "**Start/Shutout**" shall refer to the Player being a member of the starting eleven lineup in a match and the Player's team conceding no goals in such match.

**You acknowledge and agree, by signing this Agreement below, that you understand in full and agree to be bound by the terms of this MLS Standard Player Agreement, the CBA, and the MLS Player Substance Abuse and Behavioral Health Program and Policy (copies of which are on file in the Union and MLS offices).**

**You acknowledge and agree, by signing this Agreement below, that you have received in full, read in full and understand in full the terms and conditions of this Schedule AND the MLS Standard Player Agreement and are in agreement with all of the terms and conditions contained in them.**

**This SPA will be translated into French, Italian, Portuguese, or Spanish at your request. In all cases of translation, the English language version of the SPA shall control.**

**Este SPA será traducido al Francés, Italiano, Portugués o Español, según su petición. En todos los casos la versión en Inglés del SPA estará en control.**

**Este SPA será traduzido para Francês, Italiano, Português ou Espanhol, de acordo com o seu pedido. Em todos os casos em que exista tradução, a versão em Inglês prevalecerá sobre as restantes.**

**Questo Contratto del Giocatore sarà a richiesta tradotto in francese, italiano, portoghese o spagnolo. La versione inglese del Contratto del Giocatore avrà comunque prevalenza legale su tutte le versioni tradotte.**

**Ce contrat-type de Joueur sera traduit en Français, Italien, Portugais ou Espagnol à votre demande. Quelle que soit la traduction, la version anglaise du contrat type aura préséance.**

[Signature page to follow]

**<u>THIS AGREEMENT SHALL BE VALID ONLY WHEN SIGNED BY BOTH PARTIES BELOW.</u>**

**The Player: JEFFREY NICHOLAS DEWSNUP**




Date: 12/29/2020
Email Address: Dewsnupj@gmail.com
Phone Number: 801-673-4335

**Parent(s) or Guardian(s) (if Player is underage):**




Name: Darin Dewsnup
Date: 12/29/2020

Name:
Date:

**MAJOR LEAGUE SOCCER, L.L.C.**
420 Fifth Avenue, 7th Floor
New York, NY 10018
United States of America




Name: Dimitrios Efstathiou
Title: Senior Vice President
Date: 12/30/2020

Major League Soccer
420 5th Avenue
7th Floor
New York, NY 10018

MLSsoccer.com
212.450.1200

******* CONFIDENTIAL*******

**VIA EMAIL**

TO: JEFFREY NICHOLAS DEWSNUP

FROM: MLS Player Relations Department

DATE: December 3, 2020

SUBJECT: MLS Players Association – Contact Information

CC: MLS Players Association

---

In connection with your MLS offer to join Real Salt Lake as a potential Homegrown Player, below please find contact information for the MLS Players Association:

**Lara Riddell**
Staff Counsel
MLS Players Association
7500 Old Georgetown Road, Suite 700
Bethesda, MD 20814
(301) 657-3535 x105 (office)
lriddell@mlsplayers.org

**Amir Lowery**
Player Relations Manager
MLS Players Association
7500 Old Georgetown Road, Suite 700
Bethesda, MD 20814
(202) 421-5861
alowery@mlsplayers.org

**Johnny Andris**
Staff Counsel
MLS Players Association
7500 Old Georgetown Road, Suite 700
Bethesda, MD 20814
(301) 657-3535 x101 (office)
(301) 907-8212 (fax)
jandris@mlsplayers.org

**Ty Harden**
Director of Player Relations
MLS Players Association
7500 Old Georgetown Rd, Suite 700
Bethesda, MD 20814
(301) 657-3535 x102 (office)
tharden@mlsplayers.org