Heidi G. Goebel (10343)
Heidi E. Davis (20051)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, Utah  84111
Telephone: 801.441.9393
HGoebel@GAPClaw.com
HDavis@GAPClaw.com
*Attorneys for Justin Glad*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY DEWSNUP,<br><br>        Plaintiff,<br><br>vs.<br><br>UTAH SOCCER STADIUM OWNER, LLC dba REAL SALT LAKE; MAJOR LEAGUE SOCCER, LLC; UNITED STATES SOCCER FEDERAION, INC.; IGNACIO HERNANDEZ; AARON HERRERA; DAVID OCHOA; TATE SCHMITT; and JUSTIN GLAD,<br><br>        Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 2:26-cv-00577 – RJS-DAO<br><br>Judge Robert J. Shelby |

Notice is hereby given that Heidi G. Goebel of Goebel Anderson PC formally enters her appearance as counsel for Defendant, Justin Glad, in the above-entitled action.  All further notices, pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Heidi G. Goebel
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
801-441-9393
HGoebel@gapclaw.com

DATED this 30th day of June, 2026.

GOEBEL ANDERSON PC

/s/ *Heidi G. Goebel*
Heidi G. Goebel
Heidi E. Davis
*Attorneys for Justin Glad*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, a true and correct copy of the foregoing was electronically filed via the Court's electronic filing system, which sent notification of the filing to all counsel of record:

Brian K. Jackson, Esq.
Brian K. Jackson LLC
503 W. 2600 S. Suite 200
Bountiful, Utah 84010
brianj@bjacksonlaw.com
*Attorney for Plaintiff*

Jeffrey Dewsnup
Michael S. Anderson
Carissa A. Uresk
Parr Brown Gee & Loveless, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
manderson@parrbrown.com
curesk@parrbrown.com

Desirée F. Moore (*pro hac vice pending*)
Nelson M. Hua (*pro hac vice pending*)
Venable LLP
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
dmoore@venable.com
nmhua@venable.com
*Attorneys for Defendant Utah Soccer Stadium*
*Owner LLC dba Real Salt Lake, Utah Soccer, LLC*
*dba Real Salt Lake, and Ignacio Hernandez*

Ethan D. Thomas
LITTLER MENDELSON, P.C.
222 Main Street, 5th Floor
Salt Lake City, UT 84101
edthomas@littler.com

Daniel L. Nash (*pro hac vice pending*)
Nathan J. Oleson (*pro hac vice pending*)
Amanda S. McGinn (*pro hac vice pending*)
LITTLER MENDELSON, P.C.
815 Connecticut Ave NW, Suite 400
Washington, DC 20006

dnash@littler.com
noleson@littler.com
amcginn@littler.com
*Attorneys for Defendant*
*Major League Soccer, L.L.C.*

*/s/ Karen Harwood*