Heidi G. Goebel (10343)
Heidi E. Davis (20051)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, Utah 84111
Telephone: 801-441-9393
hgoebel@gapclaw.com
hdavis@gapclaw.com
*Attorneys for Defendant Justen Glad*

## IN THE FEDERAL DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| JEFFREY DEWSNUP,<br><br>        Plaintiff,<br>    v.<br><br>UTAH SOCCER STADIUM, MAJOR LEAGUE SOCCER LLC, UNITED STATES SOCCER FEDERATION, INC, IGNACIO HERNANDEZ, AARON HERRERA, DAVID OCHOA, TATE SCHMITT, JUSTIN GLAD,<br><br>        Defendants. | **ORDER GRANTING STIPULATED MOTION TO EXTEND RESPONSE DEADLINE**<br><br>Civil No. 2:26-CV-577-RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

This matter is before the Court on the parties' Stipulated Motion for Extension of Time. Based upon the Motion, and good cause shown, the Court hereby ORDERS that the Motion is GRANTED.

Defendant Glad is granted leave until July 21, 2026, to file his response to the Complaint.

DATED this _____ day of July, 2026.

BY THE COURT:

_____
Daphne A. Oberg
United States Magistrate Judge

**APPROVED AS TO FORM:**

BRIAN K. JACKSON, LLC

*/s/ Brian K. Jackson*
Brian K. Jackson*
*Attorney for Jeffrey Dewsnup*
*signed with permission on July 6, 2026