Ryan P. Atkinson, (Utah Bar #10673)
Scarlet S. Smith (Utah Bar #15024)
Davis P. Pope, (Utah Bar #18076)
Eli M. Leggett, (Utah Bar #19826)
**STRONG & HANNI, P.C.**
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
ratkinson@strongandhanni.com
ssmith@strongandhanni.com
dpope@strongandhanni.com
eleggett@strongandhanni.com
*Attorneys for Defendant United States Soccer Federation, Inc.*

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| JEFFREY DEWSNUP, an individual<br>Plaintiff,<br><br>vs.<br><br>UTAH SOCCER STADIUM OWNER, LLC dba REAL SALT LAKE; MAJOR LEAGUE SOCCER, LLC; UNITED STATES SOCCER FEDERATION, INC.; IGNACIO HERNANDEZ; AARON HERRERA; DAVID OCHOA; TATE SCHMITT; and JUSTIN GLAD.<br><br>Defendant. | **MOTION TO EXTEND RESPONSE DEADLINE FOR DEFENDANT UNITED STATES SOCCER FEDERATION, INC.**<br><br>Case No. 2:26-cv-00577 – RJS-DAO<br><br>Judge Robert J. Shelby<br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 6(b) and DUCivR 7-1(a), Defendant United States Soccer Federation, Inc. ("USSF") respectfully moves the Court to set August , 2026 as the deadline for USSF to answer or otherwise respond to Plaintiff's Complaint. Counsel for USSF attempted to confer with Plaintiff's counsel regarding this extension, but has not received

acknowledgment if Plaintiff's counsel intends to oppose this motion or not. The Court previously granted a comparable extension to Defendant Justen Glad. *See* ECF Nos. 25, 26

Good cause supports this request. Plaintiff filed his Complaint in the Third Judicial District Court, Salt Lake County, Utah, on May 20, 2026, and counsel for the parties addressed acceptance of service on USSF's behalf on May 21–22, 2026. Defendant Major League Soccer, L.L.C. removed the action to this Court on June 24, 2026, with USSF's consent. *See* ECF No. 1. In the weeks surrounding removal, counsel for the various defendants discussed coordinated deadlines for responsive pleadings with Plaintiff's counsel, and amid those discussions USSF's individual response deadline under Federal Rule of Civil Procedure 81(c)(2) was not separately calendared and was permitted to pass. Upon identifying the issue, USSF's counsel promptly attempted to confer with Plaintiff's counsel reaching out on July 15th and July 17th, and only heard back from Plaintiff's counsel on July 23rd. Plaintiff's counsel did not indicate whether they would oppose this request or not.

To the extent required, the circumstances described above constitute excusable neglect under Federal Rule of Civil Procedure 6(b)(1)(B). *See Jennings v. Rivers*, 394 F.3d 850, 856–57 (10th Cir. 2005). Any delay has been brief and in good faith, and no party is prejudiced: the motions to dismiss filed by USSF's co-defendants remain in briefing, *see* ECF Nos. 16, 18; no scheduling order has been entered; no trial date is set; and Plaintiff has not sought entry of default. The requested deadline is 11 days out, will not affect any other party's deadline, and will allow USSF's response to be briefed on substantially the same schedule as the motions its co-defendants have already filed.

This request is not made for purposes of undue delay. USSF reserves all defenses and objections, including under Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and Plaintiff reserves all arguments in response. A proposed order is filed concurrently herewith.

DATED this 23 day of July 2026.

STRONG & HANNI

By */s/ Eli Leggett*
Ryan P. Atkinson
Scarlet S. Smith
Davis P. Pope
Eli M. Leggett
*Attorneys for Defendant United States Soccer Federation, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this ** day of ** 2026, a copy of this **(*)** was served by the method indicated below, to the following:

| | |
|---|---|
| Brian K. Jackson, Esq.<br>Brian K. Jackson LLC<br>503 W. 2600 S. Suite 200<br>Bountiful, Utah 84010<br>brianj@bjacksonlaw.com<br>Attorney for Plaintiff | ( X ) Electronic Filing<br>( ) U. S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Email |
| Jeffrey Dewsnup<br>Michael S. Anderson<br>Carissa A. Uresk<br>Parr Brown Gee & Loveless, P.C.<br>101 South 200 East, Suite 700<br>Salt Lake City, Utah 84111<br>manderson@parrbrown.com<br>curesk@parrbrown.com | ( X ) Electronic Filing<br>( ) U. S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Email |
| Desirée F. Moore<br>Nelson M. Hua<br>Venable LLP<br>227 West Monroe Street, Suite 1900<br>Chicago, Illinois 60606<br>dmoore@venable.com<br>nmhua@venable.com<br>Attorneys for Defendant Utah Soccer Stadium | ( X ) Electronic Filing<br>( ) U. S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Email |
| Owner LLC dba Real Salt Lake, Utah Soccer, LLC<br>dba Real Salt Lake, and Ignacio Hernandez<br>Ethan D. Thomas<br>LITTLER MENDELSON, P.C.<br>222 Main Street, 5th Floor<br>Salt Lake City, UT 84101<br>edthomas@littler.com | ( X ) Electronic Filing<br>( ) U. S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Email |
| Daniel L. Nash<br>Nathan J. Oleson<br>Amanda S. McGinn<br>LITTLER MENDELSON, P.C.<br>815 Connecticut Ave NW, Suite 400 | ( X ) Electronic Filing<br>( ) U. S. Mail, Postage Prepaid<br>( ) Hand Delivered<br>( ) Overnight Mail<br>( ) Email |

Washington, DC 20006

*/s/ Eli Leggett*