Michael S. Anderson (13967)
Carissa A. Uresk (18114)
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
manderson@parrbrown.com
curesk@parrbrown.com

Desirée F. Moore (*pro hac vice*)
Nelson M. Hua (*pro hac vice*)
**VENABLE LLP**
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 820-3400
dmoore@venable.com
nmhua@venable.com

*Attorneys for Defendants Utah Soccer Stadium Owner LLC dba Real Salt Lake and Ignacio Hernandez*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JEFFREY DEWSNUP<br><br>Plaintiff,<br>v.<br><br>UTAH SOCCER STADIUM OWNER, LLC DBA REAL SALT LAKE; MAJOR LEAGUE SOCCER, L.L.C; UNITED STATES SOCCER FEDERATION, INC; IGNACIO HERNANDEZ; AARON HERRERA; DAVID OCHOA; TATE SCHMITT; and JUSTIN GLAD;<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>Case No. 2:26-cv-00577-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Utah Soccer Stadium Owner LLC dba Real Salt Lake and Ignacio Hernandez (collectively, the “RSL Defendants”) respectfully request an extension of time to September 18, 2026, for the RSL Defendants to file their reply in support of their motion to dismiss. Counsel for Plaintiff consented to this request via email.

There is good cause for this extension because counsel have obligations in other matters. This motion is not brought to cause undue delay and will not prejudice any party.

A proposed order granting this motion is filed concurrently herewith.

RESPECTFULLY SUBMITTED this 27th day of August 2026.

PARR BROWN GEE & LOVELESS, P.C.

/s/ Michael S. Anderson
Michael S. Anderson
Carissa A. Uresk

VENABLE LLP

/s/ Desirée F. Moore
Desirée F. Moore
Nelson M. Hua

*Attorneys for Defendants Utah Soccer Stadium Owner LLC dba Real Salt Lake and Ignacio Hernandez*