Ethan D. Thomas, Utah Bar #15751
LITTLER MENDELSON, P.C.
222 Main Street, 5th Floor
Salt Lake City, UT 84101
T: 702.862.7709 / F: 702.920.8150
edthomas@littler.com

Daniel L. Nash (*pro hac vice*)
Nathan J. Oleson (*pro hac vice*)
Amanda S. McGinn (*pro hac vice*)
LITTLER MENDELSON, P.C.
815 Connecticut Ave NW, Suite 400
Washington, DC 20006
T: 202.772.2524 / F: 202.609.8951
dnash@littler.com
noleson@littler.com
amcginn@littler.com

*Attorneys for Defendant*
*Major League Soccer, L.L.C.*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| Jeffrey Dewsnup,<br><br>Plaintiff,<br><br>v.<br><br>Utah Soccer Stadium Owner, LLC DBA Real Salt Lake; Major League Soccer, LLC; United States Soccer Federation, Inc; Ignacio Hernandez; Aaron Herrera; David Ochoa; Tate Schmitt; and Justin Glad,<br><br>Defendants. | **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Case No. 2:26-cv-00577-RJS-DAO<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and District of Utah Local Civil Rule 7-1(a)(5), Defendant Major League Soccer, L.L.C. ("MLS") respectfully requests an

extension of time up to September 18, 2026, to file a Reply in Support of its Motion to Dismiss and Opposition to Plaintiff's Motion to Remand. Counsel for Plaintiff consented to this request via email on August 27, 2026. *See* Exhibit A.

On August 20, 2026, Plaintiff filed a Motion to Remand (ECF No. 37), and on August 21, 2026, filed an Opposition to MLS's Motion to Dismiss (ECF No. 38). The current deadlines for MLS to respond to both briefs are September 3 and September 4, respectively.

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), an extension of time may be granted for "good cause." Here, there is good cause for the requested extension because MLS must respond to two briefs—Plaintiff's Motion to Remand and his Opposition to MLS's Motion to Dismiss. Additionally, the undersigned counsel have other commitments and obligations during this time period. The requested extension will not prejudice any party and is not being made for the purposes of delay.

Accordingly, for the foregoing reasons, Defendant MLS respectfully requests that this Court extend the deadline for MLS to respond to Plaintiff's Motion for Remand and file its Reply in Support of its Motion to Dismiss to September 18, 2026.

A proposed order granting this motion is filed concurrently herewith.

Dated: August 28, 2026

Respectfully submitted,

LITTLER MENDELSON, P.C.

*/s/ Ethan D. Thomas*
Ethan D. Thomas, Utah Bar #15751
Daniel L. Nash (*pro hac vice*)
Nathan J. Oleson (*pro hac vice*)
Amanda S. McGinn (*pro hac vice*)

## PROOF OF SERVICE

I, Maribel Rodriguez, HEREBY CERTIFY that on the 28th day of August, 2026, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** using the CM/ECF system which sent notification of such filing to the following:

Brian K. Jackson, Esq. (15296)
Brian K. Jackson LLC
503 W. 2600 S. Suite 200
Bountiful, Utah 84010
brianj@bjacksonlaw.com

*Attorney for Plaintiff*
*Jeffrey Dewsnup*

Michael S. Anderson (13967)
Carissa A. Uresk (18114)
Parr Brown Gee & Loveless, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
manderson@parrbrown.com
curesk@parrbrown.com

Shawn McGarry (5217)
Matthew S. Thomas (19094)
KIPP AND CHRISTIAN, P.C.
257 East 200 South, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 521-3773
smcgarry@kippandchristian.com
mthomas@kippandchristian.com
cc: amangum@kippandchristian.com

Heidi G. Goebel (10343)
Heidi E. Davis (20051)
Goebel Anderson PC
405 South Main Street, Suite 200
Salt Lake City, Utah 84111
hgoebel@Gapclaw.com
hdavis@gapclaw.com

*Attorneys for Defendant Justin Glad*

Desirée F. Moore (*pro hac vice* pending)
Nelson M. Hua (*pro hac vice* pending)
Venable LLP
227 West Monroe Street, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 820-3400
dmoore@venable.com
nmhua@venable.com

*Attorneys for Defendant Utah Soccer Stadium Owner LLC dba Real Salt Lake, Utah Soccer, LLC dba Real Salt Lake, and Ignacio Hernandez*

*/s/ Maribel Rodriguez*
Maribel Rodriguez