# EXHIBIT "A"

EXHIBIT "A"

**From:** Brian Jackson <brianj@bjacksonlaw.com>
**Sent:** Thursday, August 27, 2026 5:42 PM
**To:** Oleson, Nate <NOleson@littler.com>
**Subject:** Re: Dewsnup v RSL, et al.

**[EXTERNAL E-MAIL]**

Hey Nate,

Yes that's fine.

Thanks and take are,

On Thu, Aug 27, 2026 at 10:52 AM Oleson, Nate <NOleson@littler.com> wrote:

> Brian,
>
> We represent defendant Major League Soccer in *Dewsnup v. RSL, et al.* In light of the upcoming holiday and to align with RSL's requested deadline to file its reply, we are requesting your consent to extend the deadline to file MLS' reply in support of its motion to dismiss and opposition to plaintiff's motion to remand until September 18. Please let us know if you agree to this request.
>
> Thanks.
>
> Nathan Oleson
>
> **Nate Oleson**
> **Shareholder**
> +1 202.772.2520 direct, +1 202.701.8239 mobile
> 815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046
> NOleson@littler.com
>
> <image001.png>
>
> <image002.png>
>
> --------------------------
> This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.
>
> Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--

Brian K. Jackson
Brian K. Jackson, LLC
Attorney at Law
503 W. 2600 S. Suite 200
Bountiful, UT 84010
Phone: (801) 441-8922
bjacksonlaw.com
brianj@bjacksonlaw.com

CONFIDENTIALITY NOTICE Information contained in this email message is privileged and/or confidential and intended only for the receipt by and use of the individual to whom it is addressed. Unauthorized use or disclosure of this information is prohibited. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and/or Brian K. Jackson, LLC and destroy any copies of this email. Receipt of this email shall not be deemed a waiver by Brian K. Jackson, LLC of any privilege or the confidential nature of the information.