**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| JEFFREY DEWSNUP<br><br>Plaintiff,<br>v.<br><br>UTAH SOCCER STADIUM OWNER, LLC DBA REAL SALT LAKE; MAJOR LEAGUE SOCCER, L.L.C; UNITED STATES SOCCER FEDERATION, INC; IGNACIO HERNANDEZ; AARON HERRERA; DAVID OCHOA; TATE SCHMITT; and JUSTIN GLAD;<br><br>Defendants. | **[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**<br><br>Case No. 2:26-cv-00577-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

This matter comes before the Court on the Unopposed Motion of Defendant Major League Soccer, L.L.C. ("MLS") for an Extension of Time to File a Reply in Support of its Motion to Dismiss (ECF No. 18) and Opposition to Plaintiff's Motion to Remand (ECF No. 37).

The Court, having considered the Motion and good cause appearing, hereby GRANTS the Motion. MLS may have an extension up to and including September 18, 2026 to submit its Reply in Support of its Motion to Dismiss and Opposition to Plaintiff's Motion to Remand.

DATED this ___ day of _______________ 2026.

BY THE COURT:

_________________________
ROBERT J. SHELBY
United States District Judge