MEMBERSHIP

FEDERATION SERVICES MENU

# MEMBERSHIP

**STEP 1:** DETERMINE THE CATEGORY OF MEMBERSHIP FOR YOUR GROUP OR ORGANIZATION

THE FEDERATION HAS THE FOLLOWING CATEGORIES OF MEMBERSHIP:

A. ASSOCIATE
B. DISABLED SERVICE ORGANIZATION
C. INDOOR PROFESSIONAL LEAGUE
D. NATIONAL AFFILIATE
E. NATIONAL ASSOCIATION
F. OTHER AFFILIATE
G. PROFESSIONAL LEAGUE
H. STATE ASSOCIATION
I. LIFE MEMBER
J. INDIVIDUAL SUSTAINING MEMBER

THE FOLLOWING DEFINITIONS APPLY TO THE ORGANIZATION MEMBER CLASSIFICATIONS. WHEN APPLYING FOR MEMBERSHIP WITH US SOCCER, PLEASE SELECT THE CLASSIFICATION OF MEMBERSHIP DESCRIBING YOUR ORGANIZATION.

"ASSOCIATE" MEANS AN ORGANIZATION FORMED TO ADVANCE A PARTICULAR ASPECT OF SOCCER, BUT NOT RESPONSIBLE FOR RECRUITING, TRAINING, FIELDING, AND FUNDING OF SOCCER PLAYERS.

"DISABLED SERVICE ORGANIZATION" MEANS AN ORGANIZATION FORMED WITH THE PRIMARY GOAL OF ADVANCING AND IMPROVING SOCCER FOR DISABLED INDIVIDUALS.

"INDOOR PROFESSIONAL LEAGUE" MEANS A PROFESSIONAL SPORTS ORGANIZATION THAT HAS PROFESSIONAL INDOOR SOCCER TEAMS COMPETING AGAINST EACH OTHER.

"NATIONAL AFFILIATE" MEANS AN AMATEUR SPORTS ORGANIZATION THAT CONDUCTS SOCCER PROGRAMS IN WHICH PLAYERS COMPETE IN AT LEAST 26 STATES OF THE UNITED STATES.

"NATIONAL ASSOCIATION" MEANS AN AMATEUR SPORTS ORGANIZATION THAT CONDUCTS SOCCER PROGRAMS IN WHICH PLAYERS COMPETE IN EACH OF AT LEAST 26 STATES OF THE UNITED STATES, WITH AT LEAST 1,000 PLAYERS IN EACH OF 26 STATES OF THE UNITED

COOKIE POLICY

Opt-Out Signal Honored

This Website Utilizes Technologies Such As Cookies To Enable Essential Site Functionality, As Well As For Analytics, Personalization, And Targeted Advertising. FIND OUT MORE.

ACCEPT

DENY NON-ESSENTIAL

"STATE ASSOCIATION" MEANS THE ADMINISTRATIVE BODY WITHIN A TERRITORY DETERMINED BY THE NATIONAL COUNCIL TO CARRY OUT THE FEDERATION'S PROGRAMS FOR AMATEUR YOUTH OR AMATEUR ADULT PLAYERS, OR BOTH.

"LIFE MEMBER" IS AN HONORARY MEMBERSHIP THAT CAN ONLY BE BESTOWED UPON AN INDIVIDUAL BY A VOTE OF THE NATIONAL COUNCIL AT THEIR ANNUAL GENERAL MEETING. THIS CATEGORY OF MEMBERSHIP CANNOT BE ATTAINED THROUGH APPLICATION.



**STEP 2:** SUBMIT A LETTER TO THE SECRETARY GENERAL OF THE UNITED STATES SOCCER FEDERATION REQUESTING MEMBERSHIP WITH US SOCCER.

THE LETTER SHOULD STATE THE CLASSIFICATION OF MEMBERSHIP DESIRED AND INCLUDE THE FOLLOWING WITH THE LETTER OF APPLICATION:

- COPIES OF CHARTER OR ARTICLES OF INCORPORATION
- BYLAWS, RULES AND REGULATIONS, RULES OF PLAY
- ANY OTHER GOVERNING DOCUMENTS APPROPRIATE TO UNDERSTANDING THE STRUCTURE AND ACTIVITIES OF THE ORGANIZATION.

IF APPLYING TO BE A NATIONAL ASSOCIATION, THE LETTER OF APPLICATION SHOULD INCLUDE WHICH COUNCIL, YOUTH OR AMATEUR, THE APPLICANT WISHES TO JOIN.

**OK, I HAVE SUBMITTED MY LETTER WITH THE APPROPRIATE MATERIALS, WHAT HAPPENS NOW?**

ONCE THE SECRETARY GENERAL RECEIVES AN APPLICATION FOR MEMBERSHIP, IT IS REFERRED TO THE RULES COMMITTEE TO DETERMINE IF ALL PERTINENT DOCUMENTS ARE INCLUDED AND IF THE ORGANIZATION COMPLIES WITH THE BYLAWS AND POLICIES AND REQUIREMENTS OF THE UNITED STATES SOCCER FEDERATION. THE COMMITTEE THEN MAKES A RECOMMENDATION ON MEMBERSHIP TO THE BOARD OF DIRECTORS.

THE BOARD OF DIRECTORS MAY ADMIT THE APPLICANT TO PROVISIONAL MEMBERSHIP IN THE FEDERATION UNTIL THE NEXT MEETING OF THE NATIONAL COUNCIL. IF THE APPLICANT DOES NOT COMPLY, THE BOD WILL NOT ISSUE PROVISIONAL MEMBERSHIP AND WILL RECOMMEND TO THE NATIONAL COUNCIL THAT MEMBERSHIP BE DENIED.

PLEASE NOTE THAT ONLY ONE STATE ASSOCIATION FOR YOUTH PLAYERS AND ONE STATE ASSOCIATION FOR ADULT PLAYERS CLASSIFICATION WILL BE GRANTED. ANY CHALLENGES TO EXISTING STATE ASSOCIATIONS MUST FOLLOW BYLAW 213.

FOR ANY QUESTIONS REGARDING MEMBERSHIP WITH US SOCCER, PLEASE CONTACT US AT MEMBERPROGRAMS@USSOCCER.ORG

**Benefits of Membership with the United States Soccer Federation**

MEMBERSHIP WITH THE UNITED STATES SOCCER FEDERATION COMES WITH MANY BENEFITS. SOME OF THESE BENEFITS ARE OUTLINED BELOW:

**IN THE AREA OF GOVERNANCE**

COOKIE POLICY

Opt-Out Signal Honored

This Website Utilizes Technologies Such As Cookies To Enable Essential Site Functionality, As Well As For Analytics, Personalization, And Targeted Advertising. FIND OUT MORE.

- LINKS FROM US SOCCER WEBSITE TO THE WEBSITES OF AFFILIATES
- UPDATE AND PUBLISH ON THE WEBSITE BYLAWS AND POLICIES
- COLLECTION AND POSTING OF MINUTES OF MEETINGS

**COACHING**

- OFFICIAL FIFA LICENSING PROGRAM FOR ALL LEVELS OF COACH
- EDUCATION OF COACHES THROUGH DEVELOPMENT AND PRESENTATION OF MATERIALS
- CONTINUING EDUCATION OPPORTUNITIES FOR COACHES

**REFEREES**

- EDUCATION THROUGH PRODUCTION AND PRESENTATION OF MATERIALS BY US SOCCER REFEREE DEPARTMENT
- LICENSING AND INSURING OF US SOCCER REGISTERED REFEREES
- CONTINUING EDUCATION OF REFEREES
- TRAINING AND LICENSING OF INSTRUCTORS, ASSESSORS AND ASSIGNORS
- PRIORITY RIGHTS IN GAME COVERAGE GOES TO AFFILIATED GAMES
- UP TO DATE WEBSITE FOR REFEREE INFORMATION

**INTERNATIONAL GAMES**

- APPROVAL OF APPLICATIONS FOR INTERNATIONAL GAMES
- APPROVAL PROCESS FACILITATED WITH FOREIGN NATIONAL ASSOCIATIONS FOR ALL INTERNATIONAL SOCCER GAMES AND EVENTS

**COMMUNICATIONS**

- E-MAIL PARTICIPATION IN THE US SOCCER COMMUNICATIONS CENTER, WHICH PROVIDES UPDATES ON THE STATUS OF US SOCCER, NATIONAL TEAMS AND THE SPORT DIRECTLY TO YOUR E-MAIL ADDRESS
- NOTIFICATION OF NATIONAL TEAM GAMES AND TELEVISION SCHEDULE
- FIRST RIGHT TO PURCHASE TICKETS FOR ALL US SOCCER OPERATED EVENTS – THIS GIVES YOU THE CHANCE TO PURCHASE TICKETS BEFORE THE PUBLIC SALE.

**PLAYING OPPORTUNITIES**

- AFFILIATION AND PLAYING OPPORTUNITIES OPEN TO ALL IN COMPLIANCE WITH THE TED STEVENS AMATEUR SPORTS ACT
- SELECTION AND FUNDING OF NATIONAL TEAMS AND PROGRAMS FOR BOYS AND GIRLS, BEGINNING AT AGE 14
- TRAINING AND DEVELOPMENT OF PLAYERS
- GAME AND EVENT OPERATIONS

**OTHER BENEFITS**

- APPROVAL OF INTERNATIONAL TRAVEL
- APPROVAL OF PERMISSION TO HOST INTERNATIONAL TEAMS

**COOKIE POLICY**

Opt-Out Signal Honored

This Website Utilizes Technologies Such As Cookies To Enable Essential Site Functionality, As Well As For Analytics, Personalization, And Targeted Advertising. FIND OUT MORE.

EACH ORGANIZATIONAL MEMBER MUST DO THE FOLLOWING:

- EXCEPT AS OTHERWISE REQUIRED BY APPLICABLE LAW, COMPLY WITH ALL BYLAWS, POLICIES AND REQUIREMENTS OF THE FEDERATION, AND ALL STATUTES, REGULATIONS, DIRECTIVES AND DECISIONS OF FIFA AND CONCACAF, EACH AS THEY MAY BE AMENDED OR MODIFIED FROM TIME-TO-TIME, TO THE EXTENT APPLICABLE TO THAT CLASSIFICATION OF ORGANIZATION MEMBER.
- MAKE AVAILABLE TO THE FEDERATION ANY AMENDMENT TO ITS ORGANIZATIONAL DOCUMENTS OR ITS GOVERNING DOCUMENTS.
- SUBMIT TO THE FEDERATION ITS MOST CURRENT ANNUAL FINANCIAL STATEMENTS WITHIN NINETY (90) DAYS AFTER THE END OF ITS FISCAL YEAR.
- EXCEPT ASSOCIATES AND AS PROVIDED BY SECTION 1 OF BYLAW 601
- REQUIRE THAT EVERY PLAYER, COACH, TRAINER, MANAGER, ADMINISTRATOR AND OFFICIAL THAT IS SPONSORED, FINANCED, COACHED, ORGANIZED OR ADMINISTERED BY AN ORGANIZATION MEMBER OR A MEMBER ORGANIZATION OF AN ORGANIZATION MEMBER BE REGISTERED WITH THE APPROPRIATE ORGANIZATION MEMBER; AND
- REGISTER WITH THE FEDERATION EACH SEASONAL YEAR THE NAMES AND ADDRESSES OF THOSE PLAYERS, COACHES, TRAINERS, MANAGERS, ADMINISTRATORS, AND OFFICIALS REGISTERED WITH SUCH ORGANIZATION MEMBER.
- PAY FEES AND OTHER AMOUNTS DUE TO THE FEDERATION BY DEADLINES SET BY THE FEDERATION.
- COMPLY WITH THE SPORTS ACT.
- IF THE ORGANIZATION MEMBER IS RESPONSIBLE FOR RECRUITING, TRAINING, FIELDING OR FUNDING SOCCER PLAYERS, ESTABLISH A RISK MANAGEMENT PROGRAM TO PROMOTE THE SAFETY AND PROTECT THE WELFARE OF PARTICIPANTS.
- EXCEPT WITH RESPECT TO A PROFESSIONAL LEAGUE, THE MEMBERSHIP OF THE ORGANIZATION MEMBER AND ITS MEMBER ORGANIZATIONS SHALL BE OPEN TO ANY INDIVIDUAL WHO IS AN AMATEUR ATHLETE, COACH, TRAINER, MANAGER, ADMINISTRATOR, OR OFFICIAL ACTIVE IN THE SPORT OF SOCCER WHO IS NOT SUBJECT TO SUSPENSION UNDER SECTION 4 OF BYLAW 241 OR PURSUANT TO THE DISCIPLINARY OR RISK MANAGEMENT ACTION OF ANY AMATEUR SOCCER ORGANIZATION IN ITS TERRITORY; AND EXCEPT FOR A NATIONAL ASSOCIATION, THE MEMBERSHIP OF THE ORGANIZATION MEMBER AND ITS MEMBER ORGANIZATIONS SHALL BE OPEN TO ANY AMATEUR SOCCER ORGANIZATION IN ITS TERRITORY.
- THE ARTICLES OF INCORPORATION OF THE FEDERATION, ITS RULES AND POLICIES, AND THESE BYLAWS, INCLUDING BYLAW 603 GOVERNING INTERPLAY, SHALL TAKE PRECEDENCE OVER AND SUPERSEDE THE ORGANIZATIONAL AND GOVERNING DOCUMENTS OF THE ORGANIZATION MEMBER AND ITS MEMBER ORGANIZATIONS EXCEPT TO THE EXTENT APPLICABLE LAW OTHERWISE REQUIRES AND THE ORGANIZATION MEMBER AND ITS MEMBER ORGANIZATIONS SHALL ABIDE BY THE ARTICLES OF INCORPORATION OF THE FEDERATION, ITS DULY APPROVED BINDING RULES AND POLICIES, AND THESE BYLAWS.
- THE ORGANIZATION MEMBER SHALL NOT BECOME A MEMBER OF ANY ORGANIZATION THAT IMPOSES ANY REQUIREMENT THAT CONFLICTS WITH THE ARTICLES OF INCORPORATION OF THE FEDERATION, ITS RULES AND POLICIES, OR THESE BYLAWS.
- EXCEPT WITH RESPECT TO A PROFESSIONAL LEAGUE AND FOR-PROFIT ORGANIZATION MEMBERS, THE ORGANIZATION MEMBER SHALL HAVE A BOARD OF DIRECTORS (OR SIMILAR BODY) SELECTED THROUGH AN OPEN AND DEMOCRATIC ELECTION PROCESS.
- EXCEPT WITH RESPECT TO A PROFESSIONAL LEAGUE, THE ACTIONS AND POLICIES ADOPTED BY THE BOARD OF DIRECTORS (OR SIMILAR BODY), EXECUTIVE COMMITTEE OF THE BOARD (OR SIMILAR BODY), OR OFFICERS OF THE ORGANIZATION MEMBER SHALL BE REPORTED TO ITS MEMBERSHIP, OR THEIR AUTHORIZED REPRESENTATIVES, AT LEAST ONCE EACH YEAR AT A MEETING OF THE ORGANIZATION MEMBER'S MEMBERSHIP, WITH NOTICE OF THE MEETING AND ITS PURPOSES GIVEN TO SUCH MEMBERSHIP AT LEAST FIFTEEN (15) DAYS IN ADVANCE OF THE MEETING. THE ORGANIZATION MEMBER SHALL PROVIDE PROMPT AND EQUITABLE PROCEDURES FOR RESOLUTION OF COMPLAINTS OF ITS MEMBERS AND PROCEDURES FOR FAIR NOTICE AND AN OPPORTUNITY FOR A HEARING WITH RESPECT TO ANY COMPLAINT OF ANY ATHLETE, COACH, TRAINER, MANAGER, ADMINISTRATOR OR OFFICIAL WHO IS A MEMBER OF THE ORGANIZATION MEMBER, OR A MEMBER ORGANIZATION THEREOF, CONCERNING A PROPOSED DECLARATION THAT ANY SUCH INDIVIDUAL IS INELIGIBLE TO PARTICIPATE IN THE PROGRAMS OR OTHER ACTIVITIES OF SUCH ORGANIZATION MEMBER OR A MEMBER ORGANIZATION THEREOF AND SUCH PROCEDURES SHALL CONFORM, AS APPLICABLE, TO THE PROVISIONS OF PART VII OF THESE BYLAWS.

**COOKIE POLICY**

Opt-Out Signal Honored

This Website Utilizes Technologies Such As Cookies To Enable Essential Site Functionality, As Well As For Analytics, Personalization, And Targeted Advertising. FIND OUT MORE.

ABOUT U.S. SOCCER

HISTORY

GOVERNANCE

SPONSORS & PARTNERS

CAREERS

MEDIA SERVICES

HOW TO REPORT A CONCERN

FAN CODE OF CONDUCT

FAN TICKET AND EVENT FAQ

HELP

ORGANIZATION MEMBERS

FEDERATION SERVICES

BRAND PROTECTION

CONNECT WITH US

GET UNRIVALED MATCHDAY ACCESS

Download on the App Store

GET IT ON Google Play

JOIN THE TEAM



SIGN UP FOR FREE

ALREADY AN INSIDER? LOGIN

COPYRIGHT U.S. SOCCER 2025 ALL RIGHTS RESERVED

PRIVACY POLICY CALIFORNIA PRIVACY RIGHTS TERMS OF USE ACCESSIBILITY

COOKIE POLICY

Opt-Out Signal Honored

This Website Utilizes Technologies Such As Cookies To Enable Essential Site Functionality, As Well As For Analytics, Personalization, And Targeted Advertising. FIND OUT MORE.